JOHN F. RYAN (JF-1762)
McDERMOTT & RADZIK, LLP
*Attorneys for Plaintiff*
Wall Street Plaza
88 Pine Street – 21st Floor
New York, NY 10005-1801
(212) 376-6400
(Our File: GM-08-3619 JFR/ECR)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MICHELS CORPORATION,

        Plaintiff,

  - against -

McALLISTER TOWING AND
TRANSPORTATION COMPANY, INC,
and McALLISTER TOWING
OF CHARLESTON, INC.,

        Defendants.
------------------------------------------------------------X

Case No. 08 Civ. 02951 (LAK)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant, Sterling Equipment, Inc., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

**None Known to Exist.**

Dated: New York, New York
      March 20, 2008

_____
JOHN F. RYAN (JR-1762)
McDermott & Radzik, LLP
*Attorneys for Plaintiff* Michels Corporation
Wall Street Plaza - 88 Pine Street
New York, NY 10005-1801