*Kaplan, J*

JOHN F. RYAN (JF-1762)
McDERMOTT & RADZIK, LLP
*Attorneys for Plaintiff*
Wall Street Plaza
88 Pine Street – 21st Floor
New York, NY 10005-1801
(212) 376-6400
(Our File: GM-08-3619 JFR/ECR)

**RECEIVED MAY 14 2008 JUDGE KAPLAN'S CHAMBERS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

MICHELS CORPORATION,

        Plaintiff,

  - against -

McALLISTER TOWING AND
TRANSPORTATION COMPANY, INC,
and McALLISTER TOWING
OF CHARLESTON, INC.,

        Defendants.

-------------------------------------------------------X

08 Civ. 02951 (LAK)

**ORDER OF TRANSFER**

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08**

    Upon the sub-joined consent of plaintiff and defendants through their undersigned counsel of record,

    IT IS HEREBY ORDERED that the within action is transferred from the United States District Court for the Southern District of New York, to the United States District Court for the Southern District of Texas, and it is further

    ORDERED, that the Clerk of this United States District Court for the Southern District of New York, be and hereby is directed to transfer all records and papers in this

action, to the Clerk of the United States District Court for the Southern District of Texas, together with a certified copy of this Order.

Dated: New York, New York
       May 12, 2008

| McDERMOTT & RADZIK, LLP | FREEHILL HOGAN & MAHAR |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

By: _____
John F. Ryan (JR-1762)
Wall Street Plaza
88 Pine Street – 21st Floor
New York, NY 10005-1801
Telephone: (212) 376-6400

By: _____
John L. Walsh (JW-9349)
80 Pine Street
New York, NY 10005-1759
Telephone: (212) 425-1900

Of Counsel:
Norman A. Peloquin, II
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200

IT IS SO ORDERED:

_____
Honorable Lewis A. Kaplan
United States District Judge

5/14/08
Dated

- 2 -